# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SERGIO D. FIORARANCIO, *on behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>WELLCARE HEALTH PLANS, INC.,<br><br>Defendant. | Civ. No. 21-cv-14614  CLOSED |

## CONSENT ORDER OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to the dismissal of this case with prejudice as to plaintiff Sergio D. Fiorarancio, and without prejudice as to claims of the putative class, with each party to bear its own costs.

*/s/ Andrew Braunstein*
Andrew Braunstein
LOCKE LORD LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281
(212) 812-8325
abraunstein@lockelord.com
*Attorneys for:*
*WELLCARE HEALTH PLANS, INC.*

-and-

*/s/ Yongmoon Kim*
Yongmoon Kim
KIM LAW FIRM LLC
411 Hackensack Ave., Ste. 701
Hackensack, NJ 07601  *Attorneys for Plaintiff*

***SO ORDERED: 6/14/2023***
***s/Stanley R. Chesler, U. S. D. J.***